UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JASON K. SHOCKLEY ) | |
| ) | |
| v. ) | NO. 2:06-CV-110 |
| ) | |
| HAMBLEN COUNTY SHERIFF'S DEP'T ) | |
| and RONALD "ROOKIE" INMAN ) | |

## **MEMORANDUM**

This is a *pro se* prisoner's civil rights action filed under 42 U.S.C. § 1983. On June 26, 2007, a copy of a show cause order entered in this case was mailed to plaintiff at the address he listed as his current address in his complaint. However, it was returned to the Court by the postal authorities more than ten days ago, marked, "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." Obviously, without plaintiff's correct address, neither the Court nor the defendant can communicate with him regarding his lawsuit.

Accordingly, this action will be DISMISSED by separate order for plaintiff's failure to prosecute his case. Fed. R. Civ. P. 41(b).

ENTER:

      s/ Leon Jordan
United States District Judge